```
BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | 2:12-mj-00118-EFB |
| ) | |
| Plaintiff,   ) | [~~Proposed~~] ORDER TO DISMISS |
| ) | AND RECALL BENCH WARRANT |
| v.   ) | |
| ) | |
| WAYNE W. PERKINS,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |
| ) | |
| ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case number 2:12-mj-00118 without prejudice is GRANTED.

It is further ordered that the bench warrant issued on September 17, 2012 be recalled.

IT IS SO ORDERED.

Dated:  March 7, 2016

*[signature]*

HON. EDMUND F. BRENNAN
United States Magistrate Judge